UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FEDERAL COMMUNICATIONS COMMISSION,
INCARCERATED PEOPLE'S COMMUNICATIONS
SERVICES, IMPLEMENTATION OF THE MARTHA
WRIGHT-REED ACT, FCC 24-75, RELEASED
JULY 22, 2024, 89 FED. REG. 68,369, PUBLISHED
ON AUGUST 26, 2024                                              MCP No. 191

(SEE ATTACHED SCHEDULE)

**CONSOLIDATION ORDER**

The Federal Communications Commission, issued a Report and Order that was published in the Federal Register on August 26, 2024. On September 16, 2024, the Panel received, pursuant to 28 U.S.C. § 2112(a)(3), a notice of multicircuit petitions for review of that order. The notice includes petitions pending in the following four courts of appeal: First Circuit, Third Circuit, Fifth Circuit, and Ninth Circuit.

The Panel has randomly selected the United States Court of Appeals for the First Circuit in which to consolidate these petitions for review.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 2112(a)(3), the petitions on the attached schedule are consolidated in the United States Court of Appeals for the First Circuit and that this circuit is designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

*Shawnte McGee*
Shawnte McGee, Case Administrator
Random Selector

*Delora Davis*
Delora Davis, Operations Supervisor
Witness

IN RE: FEDERAL COMMUNICATIONS COMMISSION, INCARCERATED PEOPLE'S COMMUNICATIONS SERVICES, IMPLEMENTATION OF THE MARTHA WRIGHT-REED ACT, FCC 24-75, RELEASED JULY 22, 2024, 89 FED. REG. 68,369, PUBLISHED ON AUGUST 26, 2024

MCP No. 191

## SCHEDULE OF PETITIONS

| CIRCUIT NO. | CASE CAPTION |
|---|---|
| First Circuit, No. 24-1814 | Direct Action for Rights and Equality v. FCC |
| Third Circuit, No. 24-2647 | Pennsylvania Prison Society v. FCC |
| Fifth Circuit, No. 24-60454 | Securus Technologies, LLC v. FCC |
| Ninth Circuit, No. 24-5438 | Criminal Justice Reform Clinic v. FCC, et al. |