# United States Court of Appeals
## For the First Circuit

_____

No. 24-8028

In Re: MCP 191

_____

No. 24-1814

DIRECT ACTION FOR RIGHTS AND EQUALITY,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents.

_____

No. 24-1859

CRIMINAL JUSTICE REFORM CLINIC,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents.

_____

No. 24-1860

SECURUS TECHNOLOGIES, LLC,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents.

_____

No. 24-1861

PENNSYLVANIA PRISON SOCIETY,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents.

_____

**ORDER OF COURT**

Entered: September 27, 2024
Pursuant to 1st Cir. R. 27.0(d)

The following cases, either originating in this court or transferred to the United States Court of Appeals for the First Circuit by order of the Judicial Panel on Multidistrict Litigation entered on September 18, 2024, are hereby consolidated with the lead case hereby designated as In re: MCP 191, Case No. 24-8028:

First Circuit No. 24-1814

First Circuit No. 24-1861 (originally Third Circuit No. 24-2647)

First Circuit No. 24-1860 (originally Fifth Circuit No. 24-60454)

First Circuit No. 24-1859 (originally Ninth Circuit No. 24-5438)

Any similar proceedings arising from the agency action at issue, including cases transferred from another circuit, shall be automatically consolidated by the Clerk with the designated lead case and parties will file according to the procedures below.

**Bar Membership and ECF Filing**

In order to file motions, pleadings, or briefs on behalf of a party, the filer must be registered with the court's Case Management Electronic Case Files system (CM/ECF). Further, any attorney filing motions, pleadings, or briefs or participating in oral argument must be admitted to the bar of this court and file an appearance form. See 1st Cir. R. 46.0(a)(2). As a preliminary step, attorneys seeking admission to the court's bar are required to submit their bar application and pay the

admission fee electronically using the court's Case Management Electronic Case Files system.  See 1st Cir. R. 46.0(a)(1).

Further information about registering for CM/ECF filing in this court and joining the court's bar is available through the court's website at www.ca1.uscourts.gov, using the "Attorneys & Litigants" tab and selecting "Attorney Admissions."   Counsel may contact the Clerk's Office with any questions regarding the attorney admission process and CM/ECF registration.

All filings in this proceeding will be made by counsel using CM/ECF and as provided by applicable orders.  Filings should designate both the lead case number (In re: MCP 191, Appeal No. 24-8028) and the case number assigned to the individual member case in this court.  When filing in CM/ECF, filers should select only their individual case number and the lead case number.  In the event errors are made in selecting cases when docketing, misfiled documents may be stricken with instructions for correction by counsel.

Preliminary deadlines for entries of appearance and docketing statements will be set in each individual review proceeding.  Accordingly, counsel for the parties to each review proceeding shall enter their appearance in both the proceeding to which they are a party and in the lead case.  The petitioner(s) in each individual review proceeding shall file a docketing statement in that proceeding and in the lead case.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jessica Ring Amunson
Jacob Matthew Lewis
P. Michele Ellison
Merrick B. Garland
Robert B. Nicholson
Amy Elizabeth Potter
Aliza Kaplan
Scott H. Angstreich
Michael H. Pryor
Justin B. Berg
Jordan R. Gonzalez
Andrew Schwartzman