# United States Court of Appeals
## For the First Circuit

---

No. 24-8028

In Re: MCP 191.

---

No. 24-1860

SECURUS TECHNOLOGIES, LLC,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents.

---

No. 24-1927

SECURUS TECHNOLOGIES, LLC,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents.

---

Before

Barron, Chief Judge,
Gelpí and Aframe, Circuit Judges.

---

**ORDER OF COURT**

Entered: October 21, 2024

Petitioner Securus Technologies, LLC, has filed in Appeals 24-8028 and 24-1860 a motion to transfer, which has seen full briefing. Petitioner also has filed a motion for leave to file a supplemental reply in support of its motion to transfer. That motion for leave to file is <u>granted</u>, and the content of the tendered supplemental reply has been considered.

Having carefully reviewed the specific arguments petitioner offers in favor of transfer, we <u>deny</u> the motion, without prejudice to later revisitation of all issues bearing on venue and potential transfer.

Petitioner also has filed in Appeals 24-8028 and 24-1927 an unopposed motion to file under seal the unredacted version of its motion for a stay pending appeal.

The motion to file under seal is <u>granted</u>, and the tendered unredacted version of the stay motion is accepted for filing under seal. Other motions, including other motions relating to sealing, remain pending and will be addressed by separate order(s).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jessica Ring Amunson
Jacob Matthew Lewis
P. Michele Ellison
Merrick B. Garland
Robert B. Nicholson
Robert J. Wiggers
Amy Elizabeth Potter
Aliza Kaplan
Scott H. Angstreich
Michael H. Pryor
Justin B. Berg
Jordan R. Gonzalez
Andrew Schwartzman
Erik Stallman
Cheryl A. Leanza