# United States Court of Appeals
## For the First Circuit

No. 24-1922

CRIMINAL JUSTICE REFORM CLINIC,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents.

No. 24-8028

In Re: MCP 191

**ORDER OF COURT**

Entered: October 25, 2024
Pursuant to 1st Cir. R. 27.0(d)

Petitioners is presently in default for failure to file an appearance form 24-1922.

It is ordered that if an appearance form is not filed on or before **November 8, 2024**, this appeal will be dismissed in accordance with 1st Cir. R. 3.0(b) for lack of prosecution.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jessica Ring Amunson, Scott H. Angstreich, Justin B. Berg, P. Michele Ellison, Merrick B. Garland, Jordan R. Gonzalez, Aliza Kaplan, Cheryl A. Leanza, Jacob Matthew Lewis, Robert B. Nicholson, Amy Elizabeth Potter, Michael H. Pryor, Andrew Schwartzman, Erik Stallman, Robert J. Wiggers