# United States Court of Appeals
## For the First Circuit

No. 24-8028

In Re: MCP 191.

No. 24-1860

SECURUS TECHNOLOGIES, LLC,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents.

No. 24-1927

SECURUS TECHNOLOGIES, LLC,

Petitioner,
v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents.

### ORDER OF COURT

Entered: October 25, 2024
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration, the unopposed motions for leave to intervene on behalf of Respondents Federal Communications Commission and United States of America filed by Pennsylvania Prison Society are granted.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jessica Ring Amunson
Jacob Matthew Lewis
P. Michele Ellison
Merrick B. Garland
Robert B. Nicholson
Robert J. Wiggers
Amy Elizabeth Potter
Aliza Kaplan
Scott H. Angstreich
Michael H. Pryor
Justin B. Berg
Jordan R. Gonzalez
Andrew Schwartzman
Erik Stallman
Cheryl A. Leanza