# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-8028, 24-1860, 24-1927, 24-1969   **Short Title:** IN RE: MCP 191

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Global Tel*Link Corporation d/b/a ViaPath Technologies   as the

[ ] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [✓] intervenor(s)

/s/ Landis C. Best                    10-31-2024
Signature                             Date

Landis C. Best
Name

Cahill Gordon & Reindel LLP           212-701-3000
Firm Name (if applicable)             Telephone Number

32 Old Slip                           212.269.5420
Address                               Fax Number

New York, NY 10005                    lbest@cahill.com
City, State, Zip Code                 Email (required)

Court of Appeals Bar Number: 119788

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).