REDACTED FOR PUBLIC FILING

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, Petitioner Pay Tel Communications, Inc. ("Pay Tel") submits the following corporate disclosure statement:

Pay Tel does not have any parent corporations. Pay Tel does not have publicly traded stock, and no entity having publicly traded stock owns 10% or more of Pay Tel's stock.