# United States Court of Appeals
## For the First Circuit

---

## NOTICE OF APPEARANCE

**No.** 24-8028, 24-1969          **Short Title:** Pay Tel Commc'n v. FCC

The Clerk will enter my appearance as counsel on behalf of (*please list names of all parties represented, using additional sheet(s) if necessary*):

Pay Tel Communications. Inc.                                                                as the

[ ] appellant(s)                    [ ] appellee(s)                    [ ] amicus curiae

[✔] petitioner(s)                   [ ] respondent(s)                  [ ] intervenor(s)

/s/ Christopher B. Dodd                          11/1/2024
Signature                                         Date

Christopher B. Dodd
Name

Brooks, Pierce, McLendon, Humphrey & Leonard LLP          (910) 444-2023
Firm Name (if applicable)                                 Telephone Number

115 N. 3rd Street, Suite 301                     (910) 444-2001
Address                                           Fax Number

Wilmington, NC  28401                            cdodd@brookspierce.com
City, State, Zip Code                            Email (required)

Court of Appeals Bar Number: 1214186

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes  Court of Appeals No.

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).