# United States Court of Appeals
## For the First Circuit

_____

No. 24-8028

In Re: MCP 191

_____

No. 24-1814

DIRECT ACTION FOR RIGHTS AND EQUALITY,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents.

_____

**ORDER OF COURT**

Entered: November 13, 2024

On October 3, 2024, this court entered an order to show cause why the above-captioned petition for judicial review should not be dismissed. On October 17, 2024, this court received responses from petitioner Direct Action for Rights and Equality and respondent the Federal Communications Commission.

Having considered the responses to this court's order to show cause, we have determined that this matter may proceed, with the issues flagged in the order to show cause reserved to the ultimate merits panel.


By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jessica Ring Amunson
Jacob Matthew Lewis

Matthew J. Dunne
P. Michele Ellison
Merrick B. Garland
Sarah E. Citrin
Robert B. Nicholson
Robert J. Wiggers
Amy Elizabeth Potter
Aliza Kaplan
Scott H. Angstreich
Michael H. Pryor
Justin B. Berg
Jordan Reinold Garcia Gonzalez
Andrew Schwartzman
Erik Stallman
Cheryl A. Leanza
Amanda Hawkins
Marcus Trathen
Christopher B. Dodd
Joshua J David
Nicholas J. Bronni
David Andrew Bydalek
Dylan L. Jacobs
Edmund G. LaCour
Henry Charles Whitaker
Stephen John Petrany
Alan M. Hurst
Sean M. Corkery
Eric H. Wessan
Dominic X. Barceleau
Joshua Divine
T. Elliot Gaiser
Mathura Sridharan
Joseph David Spate
Ryan McFall
Whitney D. Hermandorfer
Stanford Purser
Kevin Michael Gallagher
Landis C. Best
Cherie R. Kiser
Angela F. Collins