# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| IN RE: MCP 191 | No. 24-8028 |
| DIRECT ACTION FOR RIGHTS AND EQUALITY,<br><br>*Petitioner*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,<br><br>*Respondents*. | Nos. 24-1814 & 24-1884 |
| CRIMINAL JUSTICE REFORM CLINIC,<br><br>*Petitioner*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,<br><br>*Respondents*. | Nos. 24-1859 & 24-1922 |

SECURUS TECHNOLOGIES, LLC,

   *Petitioner*,

   v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

   *Respondents.*

Nos. 24-1860 & 24-1927

PENNSYLVANIA PRISON SOCIETY,

   *Petitioner*,

   v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

   *Respondents.*

Nos. 24-1861 & 24-1886

PAY TEL COMMUNICATIONS, INC.,

   *Petitioner*,

   v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

   *Respondents.*

No. 24-1969

| | |
|---|---|
| STATE OF INDIANA; STATE OF ARKANSAS; STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF IOWA; STATE OF MISSOURI; STATE OF OHIO; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; STATE OF VIRGINIA,<br><br>*Petitioners*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,<br><br>*Respondents.* | No. 24-2013 |
| STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF TEXAS; SHERIFF SID GAUTREAUX; SHERIFF BOBBY WEBRE; SHERIFF MARK WOOD; SHERIFF KEVIN COBB; LOUISIANA SHERIFFS' ASSOCIATION,<br><br>*Petitioners*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,<br><br>*Respondents.* | No. 24-2061 |

# JOINT MOTION TO FILE A DEFERRED JOINT APPENDIX

With the briefing schedule now set in the above-captioned cases, Petitioners,[1] Respondents, and Intervenors in these cases jointly move for leave to file a deferred joint appendix.

Pursuant to Federal Rule of Appellate Procedure 30(c)(1), this Court may order "preparation of the appendix . . . deferred until after the briefs have been filed." Under this procedure, the parties file preliminary electronic versions of their briefs (containing placeholder references to the record material that will be contained in the joint appendix) pursuant to the current briefing schedule. Shortly after the conclusion of briefing, the parties compile and file a joint appendix consisting of all record materials cited by all parties. They would then file final electronic and paper briefs edited only to replace the placeholder references with final citations to the appropriate pages of the joint appendix. Both the preliminary versions and the final versions of all briefs will comply with the word limits set by the Court.

As this Court is aware, this matter comprises multiple petitions for review of agency action by the Federal Communications Commission ("FCC"). A deferred

---

[1] Fines and Fees Justice Center, Inc. filed a petition for review in the Second Circuit on September 27, 2024. The Commission filed an unopposed motion to transfer that petition to this Court on October 8, 2024. That motion remains pending, but to the extent the case may be transferred to this Court and consolidated with the above-captioned cases, counsel for Fines and Fees Justice Center, Inc. has agreed to the relief requested.

joint appendix is the most efficient way to facilitate briefing in this multi-party action, particularly given the voluminous record, much of which was filed under seal at the FCC. This Court and the parties would benefit from a targeted appendix that includes only those materials relied on by the parties. *See* Fed. R. App. P. 30(b)(1) (forbidding "unnecessary designation of parts of the record").

This procedure for a deferred joint appendix is familiar in the First Circuit. *See, e.g.*, Order Granting Motion to File Deferred Joint Appendix, *Am. Trucking Assns., Inc. v. Alviti*, No. 22-1796 (1st Cir. Feb. 22, 2023). And the requested modest modification to the briefing schedule—which comports with Rule 30(c)(1)'s instruction that "the appendix may be filed 21 days after" briefing concludes—would not meaningfully delay this Court's review.

The parties therefore respectfully request that the Court order that:

1. Parties will send their record designations and PDF copies of the cited record materials to Petitioner Direct Action for Rights and Equality ("DARE") within fourteen (14) days of filing any brief pursuant to the Court's briefing order, except that parties filing reply briefs on May 5, 2025, will send such designations and copies to DARE within (7) days;

2. The public and sealed joint appendices in this case will be filed by DARE on May 26, 2025, twenty-one (21) days after Petitioners have filed and served their reply briefs;

2

3. Final electronic versions of the parties' briefs citing to the deferred joint appendix are due June 9, 2025, fourteen (14) days after the deferred joint appendix is filed;

4. Both preliminary and final versions of all briefs must comply with the word limits set in the Court's briefing order; and

5. The clerk's office will set a deadline for filing final paper copies of the briefs after the final electronic versions are accepted for filing.

Respectfully submitted,

/s/ P. Michele Ellison
P. Michele Ellison
  *General Counsel*

Matthew J. Dunne
  *Counsel*

Federal Communications Commission
45 L Street NE
Washington, DC 20554
(202) 418-1740
fcclitigation@fcc.gov

*Counsel for Respondent Federal Communications Commission*

/s/ Jessica Ring Amunson
Jessica Ring Amunson
Jenner & Block LLP
1099 New York Ave., N.W., Suite 900
Washington, D.C. 20001
(202) 639-6000
jamunson@jenner.com

*Counsel for Petitioner and Intervenor Direct Action for Rights and Equality*

/s/ Robert J. Wiggers
Robert J. Wiggers
  Attorneys
U.S. Department of Justice
Antitrust Division
950 Pennsylvania Ave. NW
Washington, DC 20530

*Counsel for Respondent United States of America*

/s/ Scott H. Angstreich
Scott H. Angstreich
Kellogg, Hansen, Todd,
  Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
sangstreich@kellogghansen.com

*Counsel for Petitioner and Intervenor Securus Technologies, LLC*

/s/ Amy E. Potter
Amy E. Potter
Angeli Law Group LLC
121 SW Morrison Street, Suite 400
Portland, Oregon 97204

*Counsel for Petitioner and Intervenor Criminal Justice Reform Clinic*

/s/ Andrew Jay Schwartzman
Andrew Jay Schwartzman
525 Ninth Street, NW
Seventh Floor
Washington, DC 20004
(202) 241-2408
AndySchwartzman@gmail.com

*Counsel for Petitioner and Intervenor Pennsylvania Prison Society*

/s/ Marcus W. Trathen
Marcus W. Trathen
Brooks, Pierce, McLendon,
  Humphrey & Leonard L.L.P.
1700 Wells Fargo Capitol Center
150 Fayetteville Street (27601)
Post Office Box 1800
Raleigh, NC 27602
Telephone: (919) 839-0300

*Counsel for Petitioner Pay Tel Communications, Inc.*

/s/ Erik Stallman
Erik Stallman
Samuelson Law, Technology &
  Public Policy Clinic
University of California, Berkeley
School of Law
353 Law Building
Berkeley, CA 94720

*Counsel for Intervenor Office of Communication of the United Church of Christ, Inc.*

4

/s/ Landis C. Best
Landis C. Best
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
212-701-3000
lbest@cahill.com

*Counsel for Intervenor Global Tel\*Link Corporation d/b/a ViaPath Technologies*

/s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
Office of the Alabama Attorney General
501 Washington Ave.
Montgomery, AL 36130
(334) 242-7300
Edmund.LaCour@AlabamaAG.gov

*Counsel for Petitioner the State of Alabama*

/s/ Henry C. Whitaker
Henry C. Whitaker
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida, 32399-1050
(850) 414-3300
henry.whitaker@myfloridalegal.com

*Counsel for Petitioner the State of Florida*

/s/ Dylan L. Jacobs
Dylan L. Jacobs
Office of Attorney General Tim Griffin
323 Center Suite, Suite 200
Little Rock, Arkansas, 72201
(501) 682-2007
dylan.jacobs@arkansasag.gov

*Counsel for Petitioner the State of Arkansas*

/s/ Blake E. Lanning
Blake E. Lanning
Office of the Indiana Attorney General
IGC South, Fifth Floor
302 W. Washington Street
Indianapolis, IN 46204
(317) 232-1146
Blake.Lanning@atg.in.gov

*Counsel for Petitioner the State of Indiana*

/s/ Sean M. Corkery
Sean M. Corkery
Office of the Idaho Attorney General
P.O. Box 83720
Boise, Idaho 83720
(208) 334-2400
Jack.Corkery@ag.idaho.gov

*Counsel for Petitioner the State of Idaho*

/s/ Stephen J. Petrany
Stephen J. Petrany
Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Petitioner the State of Georgia*

/s/ Dominic X. Barceleau
Dominic X. Barceleau
815 Olive St, Suite 200
St. Louis, MO 63101
(314) 340-7366
(573) 751-0774 (fax)
Dominic.Barceleau@ago.mo.gov

*Counsel for Petitioner State of Missouri*

/s/ T. Elliot Gaiser
T. Elliot Gaiser
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614-466-8980
614-466-5087 fax
thomas.gaiser@ohioago.gov

*Counsel for Petitioner the State of Ohio*

/s/ Eric H. Wessan
Eric H. Wessan
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for Petitioner the State of Iowa*

/s/ Joseph D. Spate
Joseph D. Spate
1000 Assembly Street
Columbia, South Carolina 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for Petitioner the State of South Carolina*

/s/ Ryan McFall
Ryan McFall
Office of Attorney General
2000 E. 52nd St.
N. Sioux Falls, S.D. 57104
Telephone: 605-367-5880
Facsimile: 605-367-5886
ryan.mcfall@state.sd.us

*Counsel for Petitioner the State of South Dakota*

<div style="display: flex;">

/s/ Whitney Hermandorfer
Whitney Hermandorfer
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-7403
Whitney.Hermandorfer@ag.tn.gov

*Counsel for Petitioner the State of Tennessee*

/s/ Stanford Purser
Stanford Purser
Office of the Utah Attorney General
160 East 300 South, Fifth floor
Salt Lake City, Utah 84111
spurser@agutah.gov

*Counsel for Petitioner the State of Utah*

/s/ Justin L. Matheny
Justin L. Matheny
Deputy Solicitor General
justin.matheny@ago.ms.gov
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3680

*Counsel for Petitioner the State of Mississippi*

/s/ Kevin M. Gallagher
Kevin M. Gallagher
Virginia Attorney General's Office
202 North 9th Street
Richmond, VA 23219
(804) 786-2071
kgallagher@oag.state.va.us

*Counsel for Petitioner the Commonwealth of Virginia*

/s/ Kelsey L. Smith
Kelsey L. Smith
Deputy Solicitor General
Louisiana Attorney General's Office
1885 N. Third Street
Baton Rouge, LA 70802
SmithKel@ag.louisiana.gov
(225) 428-7432

*Counsel for Petitioner the State of Louisiana*

/s/ Lanora C. Pettit
Lanora C. Pettit
Principal Deputy Solicitor General
Lanora.Pettit@oag.texas.gov
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2127

*Counsel for Petitioner the State of Texas*

</div>

/s/ Craig. E. Frosch
Craig E. Frosch
Executive Counsel,
Louisiana Sheriffs' Association
Frosch, Rodrigue, Arcuri, LLC
1615 Poydras Street – Suite 1250
New Orleans, LA 70112
(504) 592-4600
cfrosch@fralawfirm.com

*Counsel for Petitioners Sheriff Sid Gautreaux; Sheriff Bobby Webre; Sheriff Mark Wood; Sheriff Kevin Cobb; and the Louisiana Sheriffs' Association*

/s/ Salvatore Taillefer, Jr.
Salvatore Taillefer, Jr.
Blooston, Mordkofsky, Dickens &
  Prendergast, LLP
2120 L Street NW, Suite 825
Washington, D.C. 20037
(202) 659-0830
sta@bloostonlaw.com

*Counsel for Intervenor the National Sheriffs' Association*

/s/ Stefen R. Short
Stefen R. Short
Worth Rises Inc.
85 Delancey Street
Second Floor
New York, NY 10002
sshort@worthrises.org

*Counsel for Petitioner Fines and Fees Justice Center, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<div style="text-align: right;">
/<i>s</i>/ Jessica Ring Amunson<br>
Jessica Ring Amunson
</div>