# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-8028, 24-2013    **Short Title:** In re: MCP 191

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Florida                                                                 as the

[ ] appellant(s)         [ ] appellee(s)         [ ] amicus curiae
[✓] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ Allen L. Huang                           02/03/2025
Signature                                     Date

Allen L. Huang
Name

Florida Office of the Attorney General       (714) 878-8628
Firm Name (if applicable)                     Telephone Number

3507 E Frontage Rd, #200                      (850) 410-2672
Address                                       Fax Number

Tampa, FL 33607                               allen.huang@myfloridalegal.com
City, State, Zip Code                         Email (required)

Court of Appeals Bar Number: 1215346

Has this case or any related case previously been on appeal?

[✓] No         [ ] Yes   Court of Appeals No. _____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).