# United States Court of Appeals
## For the First Circuit

No. 24-8028

In Re: MCP 191

Nos. 24-1860
 24-1927

SECURUS TECHNOLOGIES, LLC,

Petitioner,

GLOBAL TEL*LINK, d/b/a ViaPath Technologies,

Intervenor,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

DIRECT ACTION FOR RIGHTS AND EQUALITY, INC.; PENNSYLVANIA PRISON SOCIETY; CRIMINAL JUSTICE REFORM CLINIC; OFFICE OF COMMUNICATION OF THE UNITED CHURCH OF CHRIST, INC.,

Intervenors.

No. 24-1969

PAY TEL COMMUNICATIONS, INC.,

Petitioner,

GLOBAL TEL*LINK, d/b/a ViaPath Technologies,

Intervenor,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

PENNSYLVANIA PRISON SOCIETY; DIRECT ACTION FOR RIGHTS AND EQUALITY, INC.; OFFICE OF COMMUNICATION OF THE UNITED CHURCH OF CHRIST, INC.,

Intervenors.

**ORDER OF COURT**

Entered: March 5, 2025

Currently pending in Appeals 24-8028, 24-1860, 24-1927, and 24-1969 is the "Unopposed Motion of Securus Technologies, LLC and Pay Tel Communications, Inc. to File Under Seal." The moving parties request leave to file under seal the unredacted version of their opening brief and have publicly tendered the redacted version of that brief. Consistent with Local Rule 11.0(c), the parties seek sealing of material ordered sealed before the agency. The motion to seal is <u>granted</u>.

Briefing will continue in accordance with the schedule adopted by order entered December 18, 2024. Any other party in any proceeding consolidated with Appeal 24-8028 who wishes to seek sealing of an unredacted brief reflecting material sealed before the agency need not file a separate motion to seal. Rather, a party in that position may publicly tender the redacted version of the brief and may tender under seal the unredacted version of the brief. The front cover of any brief submitted pursuant to the foregoing should be labeled clearly either "Redacted" or "Unredacted." After appropriate screening and after confirming that any redactions concern only material sealed before the agency, the court will accept the tendered unredacted brief for filing under seal.

Any party requesting sealing extending beyond material sealed before the agency should file an appropriate motion to seal that complies with Local Rule 11.0(c).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jessica Ring Amunson
Elizabeth B. Deutsch
Andrew Clement DeGuglielmo
Arjun Ramamurti
Jacob Matthew Lewis
Matthew J. Dunne
Sarah E. Citrin

Robert B. Nicholson
Robert J. Wiggers
Amy Elizabeth Potter
Scott H. Angstreich
Justin B. Berg
Jordan Reinold Garcia Gonzalez
Andrew Schwartzman
Kelsey L. Smith
Justin L. Matheny
Erik Stallman
Jacob C. Beach
Amanda Hawkins
Marcus Trathen
Christopher B. Dodd
Joshua Joseph David
Blake Lanning
Jade Poorman
Bradley Davis
Dylan L. Jacobs
Edmund G. LaCour Jr.
Allen Huang
Stephen John Petrany
Sean M. Corkery
Eric H. Wessan
Dominic X. Barceleau
Joshua Divine
Thomas Elliot Gaiser
Joseph David Spate
Ryan McFall
Jonathan K. Van Patten
Whitney D. Hermandorfer
Stanford Purser
Kevin Michael Gallagher
Landis C. Best
Angela F. Collins
Craig E. Frosch
Shannon Dirmann
Mary Grace Erlingson
Salvatore Taillefer Jr.