July 30, 2025

Arjun R. Ramamurti
Tel +1 202 639 3852
ARamamurti@jenner.com

Anastasia Dubrovsky
Clerk of Court
United States Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re:     Oral Argument Availability for *In re MCP: 191*, No. 24-8028 (consolidated)

Dear Ms. Dubrovsky:

I represent Direct Action for Rights and Equality ("DARE"). I will be the designated attorney presenting argument on behalf of the Public Interest Petitioners (DARE, the Pennsylvania Prison Society, and the Criminal Justice Reform Clinic) and the Public Interest Intervenors (DARE, the Pennsylvania Prison Society, the Criminal Justice Reform Clinic, and United Church of Christ Media Justice Ministry, Inc.) in these consolidated cases. Because I am expecting a child in October 2025 and anticipate taking parental leave, I respectfully request that the Court calendar these cases for oral argument in the September 2025 sitting if possible.

Sincerely,

/s/ *Arjun R. Ramamurti*
Arjun R. Ramamurti
Jenner & Block LLP
1099 New York Ave. NW Suite 900
Washington, DC 20001
202-639-3852
ARamamurti@jenner.com

*Counsel for Direct Action for Rights and Equality*

cc: All counsel of record via CM/ECF.