August 1, 2025

Arjun R. Ramamurti
Tel +1 202 639 3852
ARamamurti@jenner.com

Anastasia Dubrovsky
Clerk of Court
United States Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re:   Oral Argument Availability for *In re MCP: 191*, No. 24-8028 (consolidated)

Dear Ms. Dubrovsky:

     I write in response to the Federal Communications Commission's letter filed yesterday stating that the Commission "still believes that the case should be put in abeyance," but that "at a minimum," the Court should "defer scheduling argument" for an unspecified period of time. *See* Entry ID 6739971. This Court has already denied the Commission's abeyance motion, and the Commission's letter identifies *no* public steps taken since that denial that would warrant granting abeyance now. Similarly, the Commission's unsupported speculation about what "could well occur" if this case is scheduled for September cannot justify delaying judicial review of the important Commission order at issue. To the extent the Court is unable to schedule this case for the September sitting, I will also be available for argument on October 6, 2025 or October 7, 2025. The Public Interest Parties are prepared to defend all aspects of the order that they have not challenged.

Sincerely,

/s/ *Arjun R. Ramamurti*
Arjun R. Ramamurti
Jenner & Block LLP
1099 New York Ave. NW Suite 900
Washington, DC 20001
202-639-3852
ARamamurti@jenner.com

cc: All counsel of record via CM/ECF.

*Counsel for Direct Action for Rights and Equality*