# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| IN RE: MCP 191 | No. 24-8028 |
| DIRECT ACTION FOR RIGHTS AND EQUALITY, INC., *Petitioner*, v. FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES, *Respondents*, SECURUS TECHNOLOGIES, LLC, *Intervenor (No. 24-1884).* | Nos. 24-1814 & 24-1884 |
| CRIMINAL JUSTICE REFORM CLINIC, *Petitioner*, v. FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES, *Respondents*, SECURUS TECHNOLOGIES, LLC, *Intervenor (No. 24-1992).* | Nos. 24-1859 & 24-1922 |

| | |
|---|---|
| SECURUS TECHNOLOGIES, LLC,<br>    *Petitioner*,<br>GLOBAL TEL*LINK d/b/a VIAPATH TECHNOLOGIES,<br>    *Intervenor*,<br>        v.<br>FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,<br>    *Respondents*,<br>DIRECT ACTION FOR RIGHTS AND EQUALITY, INC.; CRIMINAL JUSTICE REFORM CLINIC; PENNSYLVANIA PRISON SOCIETY; UNITED CHURCH OF CHRIST MEDIA JUSTICE MINISTRY, INC.,<br>    *Intervenors.* | Nos. 24-1860 & 24-1927 |
| PENNSYLVANIA PRISON SOCIETY,<br>    *Petitioner*,<br>        v.<br>FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,<br>    *Respondents*,<br>SECURUS TECHNOLOGIES, LLC,<br>    *Intervenor (No. 24-1886)*. | Nos. 24-1861 & 24-1886 |

| | |
|---|---|
| PAY TEL COMMUNICATIONS, INC.,<br><br>*Petitioner*,<br><br>GLOBAL TEL*LINK d/b/a VIAPATH TECHNOLOGIES,<br><br>*Intervenor*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,<br><br>*Respondents*,<br><br>DIRECT ACTION FOR RIGHTS AND EQUALITY, INC.; PENNSYLVANIA PRISON SOCIETY; UNITED CHURCH OF CHRIST MEDIA JUSTICE MINISTRY, INC.<br><br>*Intervenors.* | No. 24-1969 |
| STATE OF INDIANA; STATE OF ARKANSAS; STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF IOWA; STATE OF MISSOURI; STATE OF OHIO; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; STATE OF VIRGINIA,<br><br>*Petitioners*,<br><br>GLOBAL TEL*LINK d/b/a VIAPATH TECHNOLOGIES,<br><br>*Intervenor*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,<br><br>*Respondents*,<br><br>DIRECT ACTION FOR RIGHTS AND EQUALITY, INC.; PENNSYLVANIA PRISON SOCIETY; UNITED CHURCH OF CHRIST MEDIA JUSTICE MINISTRY, INC.,<br><br>*Intervenors.* | No. 24-2013 |

| STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF TEXAS; SHERIFF SID GAUTREAUX; SHERIFF BOBBY WEBRE; SHERIFF MARK WOOD; SHERIFF KEVIN COBB; LOUISIANA SHERIFFS' ASSOCIATION, *Petitioners*, GLOBAL TEL*LINK d/b/a VIAPATH TECHNOLOGIES; NATIONAL SHERIFFS' ASSOCIATION, *Intervenors*, v. FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES, *Respondents*, DIRECT ACTION FOR RIGHTS AND EQUALITY, INC.; PENNSYLVANIA PRISON SOCIETY; UNITED CHURCH OF CHRIST MEDIA JUSTICE MINISTRY, INC., *Intervenors*. | No. 24-2061 |
|---|---|

**JOINT RESPONSE OF ALL PETITIONERS, RESPONDENTS, AND INTERVENORS SUPPORTING RESPONDENTS TO CALENDARING NOTICE**

Counsel for Petitioners, counsel for Respondents, and counsel for Intervenors supporting Respondents have conferred,[1] and provide the following information in response to the Court's August 26, 2025 Calendaring Notice[2]:

---

[1] Counsel for Petitioner and Intervenor the Criminal Justice Reform Clinic ("CJRC") has filed a notice of withdrawal. Its new counsel is in the process of seeking admission to this Court and will move for leave to appear once that admission is granted. CJRC supports this proposal.

[2] On September 4, 2025, the Federal Communications Commission filed an opposed motion to postpone the oral argument. That fully briefed motion is currently pending. The parties submit the information the Court requested in the Calendaring Notice without prejudice to their positions as to that pending motion.

1

| Party | Arguing Counsel | Time Allotted |
|---|---|---|
| *Petitioners* | | |
| IPCS Petitioners | Scott Angstreich | 24 minutes |
| States and Sheriffs Petitioners | Kelsey Smith | 24 minutes |
| Public Interest Organization Petitioners | Arjun Ramamurti | 12 minutes |
| *Respondents* | | |
| Respondents FCC and United States | Bradley Craigmyle | 25 minutes |
| Public Interest Organization Intervenors | Arjun Ramamurti | 30 minutes |
| Intervenor Securus Technologies, LLC | Justin Berg | 5 minutes |
| *Petitioners' Rebuttal* | | |
| IPCS Petitioners' Rebuttal | Scott Angstreich | reserved time |
| States and Sheriffs Petitioners' Rebuttal | Kelsey Smith | reserved time |
| Public Interest Organization Petitioners' Rebuttal | Arjun Ramamurti | reserved time |

Arguing counsel will also be completing and filing the Designation Form available on the Court's website, pursuant to the instructions in the Calendaring Notice.

Respectfully submitted,

/s/ Robert B. Nicholson
Abigail A. Slater
  *Assistant Attorney General*

Robert B. Nicholson
Robert J. Wiggers
  *Attorneys*
U.S. Department of Justice
Antitrust Division
950 Pennsylvania Ave. NW
Washington, DC 20530

*Counsel for Respondent United States of America*

/s/ Bradley Craigmyle
D. Adam Candeub
  *General Counsel*

Bradley Craigmyle
  *Deputy General Counsel*

Sarah E. Citrin
  *Deputy Associate General Counsel*

Matthew J. Dunne
  *Counsel*

Federal Communications Commission
45 L Street NE
Washington, DC 20554
(202) 418-1740
fcclitigation@fcc.gov

*Counsel for Respondent Federal Communications Commission*

/s/ Jessica Ring Amunson
Jessica Ring Amunson
Jenner & Block LLP
1099 New York Ave., N.W., Suite 900
Washington, D.C. 20001
(202) 639-6000
jamunson@jenner.com

*Counsel for Petitioner and Intervenor Direct Action for Rights and Equality*

/s/ Scott H. Angstreich
Scott H. Angstreich
Kellogg, Hansen, Todd,
  Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
sangstreich@kellogghansen.com

*Counsel for Petitioner and Intervenor Securus Technologies, LLC*

/s/ Stanford Purser
Stanford Purser
Office of the Utah Attorney General
160 East 300 South, Fifth floor
Salt Lake City, Utah 84111
spurser@agutah.gov

*Counsel for Petitioner the State of Utah*

/s/ Marcus W. Trathen
Marcus W. Trathen
Brooks, Pierce, McLendon,
 Humphrey & Leonard L.L.P.
1700 Wells Fargo Capitol Center
150 Fayetteville Street (27601)
Post Office Box 1800
Raleigh, NC 27602
Telephone: (919) 839-0300

*Counsel for Petitioner Pay Tel Communications, Inc.*

/s/ Justin L. Matheny
Justin L. Matheny
Deputy Solicitor General
justin.matheny@ago.ms.gov
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3680

*Counsel for Petitioner the State of Mississippi*

/s/ Andrew Jay Schwartzman
Andrew Jay Schwartzman
525 Ninth Street, NW
Seventh Floor
Washington, DC 20004
(202) 241-2408
AndySchwartzman@gmail.com

*Counsel for Petitioner and Intervenor Pennsylvania Prison Society*

/s/ Blake E. Lanning
Blake E. Lanning
Office of the Indiana Attorney General
IGC South, Fifth Floor
302 W. Washington Street Indianapolis, IN 46204
(317) 232-1146
Blake.Lanning@atg.in.gov

*Counsel for Petitioner the State of Indiana*

/s/ Autumn Hamit Patterson
Autumn Hamit Patterson
Solicitor General
Office of Arkansas Attorney General
101 West Capitol Avenue
Little Rock, Arkansas, 72201
(501) 682-2007
autumn.patterson@arkansasag.gov

*Counsel for Petitioner the State of Arkansas*

/s/ Edmund G. LaCour Jr
Edmund G. LaCour Jr.
Office of the Alabama Attorney General
501 Washington Ave.
Montgomery, AL 36130
(334) 242-7300
Edmund.LaCour@AlabamaAG.gov

*Counsel for Petitioner the State of Alabama*

/s/ John Guard
John Guard
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida, 32399-1050
(850) 414-3300
john.guard@myfloridalegal.com

*Counsel for Petitioner the State of Florida*

/s/ Stephen J. Petrany
Stephen J. Petrany
Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Petitioner the State of Georgia*

/s/ Kelsey L. Smith
Kelsey L. Smith
Deputy Solicitor General
Louisiana Attorney General's Office
1885 N. Third Street
Baton Rouge, LA 70802
SmithKel@ag.louisiana.gov
(225) 428-7432

*Counsel for Petitioner the State of Louisiana*

/s/ Sean M. Corkery
Sean M. Corkery
Office of the Idaho Attorney General
P.O. Box 83720
Boise, Idaho 83720
(208) 334-2400
Jack.Corkery@ag.idaho.gov

*Counsel for Petitioner the State of Idaho*

/s/ Eric H. Wessan
Eric H. Wessan
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for Petitioner the State of Iowa*

/s/ Louis J. Capozzi III
Louis J. Capozzi III
207 West High Street
Jefferson City, MO 65010
(573) 751-7890
(573) 751-0774 (fax)
Louis.Capozzi@ago.mo.gov

*Counsel for Petitioner State of Missouri*

/s/ Mathura J. Sridharan
Mathura J. Sridharan
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614-466-8980
614-466-5087 (fax)
thomas.gaiser@ohioago.gov

*Counsel for Petitioner the State of Ohio*

/s/ J. Matthew Rice
J. Matthew Rice
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-7403 Matt.Rice@ag.tn.gov

*Counsel for Petitioner the State of Tennessee*

/s/ Joseph D. Spate
Joseph D. Spate
1000 Assembly Street
Columbia, South Carolina 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for Petitioner the State of South Carolina*

/s/ Ryan McFall
Ryan McFall
Office of Attorney General
2000 E. 52nd St.
N. Sioux Falls, S.D. 57104
Telephone: 605-367-5880
Facsimile: 605-367-5886
ryan.mcfall@state.sd.us

*Counsel for Petitioner the State of South Dakota*

/s/ Kevin M. Gallagher
Kevin M. Gallagher
Virginia Attorney General's Office
202 North 9th Street
Richmond, VA 23219
(804) 786-2071
kgallagher@oag.state.va.us

*Counsel for Petitioner the Commonwealth of Virginia*

/s/ Erik Stallman
Erik Stallman
Samuelson Law, Technology &
  Public Policy Clinic
University of California, Berkeley
School of Law
353 Law Building
Berkeley, CA 94720

*Counsel for Intervenor the United Church of Christ Media Justice Ministry, Inc.*

/s/ Jacob Beach
Jacob Beach
Principal Deputy Solicitor General
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2127
jacob.beach@oag.texas.gov

*Counsel for Petitioner the State of Texas*

/s/ Craig E. Frosch
Craig E. Frosch
Executive Counsel,
Louisiana Sheriffs' Association
Frosch, Rodrigue, Arcuri, LLC
1615 Poydras Street – Suite 1250
New Orleans, LA 70112
(504) 592-4600
cfrosch@fralawfirm.com

*Counsel for Petitioners Sheriff Sid Gautreaux; Sheriff Bobby Webre; Sheriff Mark Wood; Sheriff Kevin Cobb; and the Louisiana Sheriffs' Association*

September 9, 2025