

Federal Communications Commission

Office of General Counsel—Litigation Division
45 L Street NE • Washington, DC 20554
Tel: (202) 418-1740 • Fax: (202) 418-2819

October 3, 2025

Anastasia Dubrovsky
Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re:  *In re MCP: 191*, No. 24-8028 and consolidated cases (oral argument scheduled for October 7, 2025)

Dear Ms. Dubrovsky:

I write to advise the Court and the parties of a recent development in the FCC's ongoing proceeding concerning incarcerated people's communications services (IPCS).

FCC Chairman Brendan Carr today circulated to his fellow Commissioners a draft order that, if adopted, will supersede significant portions of the order under review (*Order*) and moot those corresponding issues in this case. Although the text of the draft order is not yet public,[1] Chairman Carr today issued a press release that describes several aspects of the order the Commission will vote on at its October Open Meeting:[2]

- It will supersede the rate caps adopted in the *Order* (*see* Resp. Br. Part E.1) with revised, interim rate caps.

---

[1] We anticipate that a copy of the draft order will become public on Tuesday, October 7, and we will update the Court and the parties at that time.

[2] Press Release, Office of Chairman Brendan Carr, *FCC to Vote on IPCS Reform to Mitigate Safety and Security Risks* (Oct. 3, 2025), *available at* https://www.fcc.gov/document/fcc-vote-ipcs-reform-mitigate-safety-and-security-risks (archived at https://perma.cc/P3LG-E99U).

- In deriving these new caps, it will exclude unbilled minutes of use, departing from the methodology used in the *Order* (*see* Resp. Br. Part V.A), which used billed and unbilled minutes.

- It will change the agency's approach to accounting for the seven reported categories of safety and security costs. The draft order no longer excludes any of these costs, while the *Order* (*see* Resp. Br. Part II) excluded five categories.

- It will allow a uniform additive of up to $0.02 per minute above the revised caps to account for costs that correctional facilities incur to allow access to IPCS. The *Order* (*see* Resp. Br. Part IV), by contrast, accounted for these costs directly in the IPCS rate caps.

The draft includes a further notice of proposed rulemaking that proposes to continue the existing ban on site commissions (*see* Resp. Br. Part III) and seeks comment on that proposal. In the meantime, the draft order will allow the existing ban to take effect with the revised, interim rate caps.[3]

As stated in the FCC's motion to postpone oral argument (Entry ID 6748583), the Commission has abandoned—and I am not authorized to defend at argument—Parts II, III, IV, and V.A of Respondents' brief.

Sincerely,

/s/  Bradley Craigmyle

Bradley Craigmyle
*Deputy General Counsel*

cc: counsel of record per ECF

---

[3] Providers' duty to comply with this ban will be deferred until a later date.