# United States Court of Appeals
## For the First Circuit

———————————

No. 24-8028

IN RE: MCP 191

———————————

Nos. 24-1814, 24-1884

DIRECT ACTION FOR RIGHTS AND EQUALITY,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

SECURUS TECHNOLOGIES, LLC,

Intervenor.

———————————

Nos. 24-1859, 24-1922

CRIMINAL JUSTICE REFORM CLINIC,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

SECURUS TECHNOLOGIES, LLC,

Intervenor.

———————————

Nos. 24-1860, 24-1927

SECURUS TECHNOLOGIES, LLC,

Petitioner,

GLOBAL TEL*LINK, d/b/a ViaPath Technologies,

Intervenor,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

DIRECT ACTION FOR RIGHTS AND EQUALITY; PENNSYLVANIA PRISON SOCIETY;
CRIMINAL JUSTICE REFORM CLINIC; OFFICE OF COMMUNICATION OF THE
UNITED CHURCH OF CHRIST, INC.,

Intervenors.

_____

Nos. 24-1861, 24-1886

PENNSYLVANIA PRISON SOCIETY,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

SECURUS TECHNOLOGIES, LLC,

Intervenor.

_____

No. 24-1969

PAY TEL COMMUNICATIONS, INC.,

Petitioner,

GLOBAL TEL*LINK, d/b/a ViaPath Technologies,

Intervenor,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

DIRECT ACTION FOR RIGHTS AND EQUALITY; PENNSYLVANIA PRISON SOCIETY; CRIMINAL JUSTICE REFORM CLINIC; OFFICE OF COMMUNICATION OF THE UNITED CHURCH OF CHRIST, INC.,

Intervenors.

_____

No. 24-2013

STATE OF INDIANA; STATE OF ARKANSAS; STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF IOWA; STATE OF MISSOURI; STATE OF OHIO; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; STATE OF VIRGINIA,

Petitioners,

GLOBAL TEL*LINK, d/b/a ViaPath Technologies,

Intervenor,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

DIRECT ACTION FOR RIGHTS AND EQUALITY; PENNSYLVANIA PRISON SOCIETY; CRIMINAL JUSTICE REFORM CLINIC; OFFICE OF COMMUNICATION OF THE UNITED CHURCH OF CHRIST, INC.,

Intervenors.

_____

No. 24-2061

STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF TEXAS; SHERIFF SID GAUTREAUX; SHERIFF BOBBY WEBRE; SHERIFF MARK WOOD; SHERIFF KEVIN COBB; LOUISIANA SHERIFFS' ASSOCIATION,

Petitioners,

GLOBAL TEL*LINK, d/b/a ViaPath Technologies; NATIONAL SHERIFFS' ASSOCIATION,

Intervenors,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES

Respondents,

DIRECT ACTION FOR RIGHTS AND EQUALITY; PENNSYLVANIA PRISON SOCIETY; CRIMINAL JUSTICE REFORM CLINIC; OFFICE OF COMMUNICATION OF THE UNITED CHURCH OF CHRIST, INC.,

Intervenors.

———————————

Before

Barron, <u>Chief Judge</u>,
Howard and Montecalvo, <u>Circuit Judges</u>.

———————————

**ORDER OF COURT**
**Entered: October 31, 2025**

This cause came on to be heard on a petition for review of an order of the Federal Communications Commission and was argued by counsel.

Consistent with the opinion issued this day, the petitions for review of the Federal Communications Commission's July 22, 2024, Order are properly before this Court.

By the Court:
Anastasia Dubrovsky, Clerk

cc:   Jessica Ring Amunson, Elizabeth B. Deutsch, Andrew Clement DeGuglielmo, Arjun Ramamurti, Robert B. Nicholson, Jacob Matthew Lewis, Robert J. Wiggers, Matthew J. Dunne, Sarah E. Citrin, Bradley Craigmyle, Amanda Ilima Alvarez Thibeault, Scott H. Angstreich, Justin B. Berg, Jordan Reinold Garcia González, Daren Ge Zhang, Andrew Schwartzman, Kelsey L. Smith, Justin L. Matheny, Jacob C. Beach, Amanda Hawkins, Marcus Trathen, Christopher B. Dodd, Blake Lanning, Bradley Davis, Dylan L. Jacobs, Autumn Hamit Patterson, Edmund G. LaCour Jr., Allen Huang, Stephen John Petrany, Sean M. Corkery, Eric H. Wessan, Louis Joseph Capozzi III, Mathura Sridharan, Joseph David Spate, Jonathan K. Van Patten, Grant Michael Flynn, James Matthew Rice, Stanford Purser, Landis C. Best, Angela F. Collins, Craig E. Frosch, Shannon Dirmann, Mary Grace Erlingson, Salvatore Taillefer Jr., John Bergmayer, Stephen Raher,

Caroline S. Van Zile, Daniel S. Magy, Kevin Michael Gallagher, Erik Stallman, Amy Elizabeth Potter