

**Federal Communications Commission**

Office of General Counsel—Litigation Division
45 L Street NE • Washington, DC 20554
Tel: (202) 418-1740 • Fax: (202) 418-2819

November 6, 2025

Anastasia Dubrovsky
Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re:   *In re MCP: 191*, No. 24-8028 and consolidated cases (argued October 7, 2025)

Dear Ms. Dubrovsky:

On October 28, 2025, the FCC adopted an order (*2025 Order*) governing incarcerated people's communications services (IPCS). It was publicly released today,[1] and I have attached a copy here.

The *2025 Order* superseded significant portions of the order under review (*2024 Order*) and, once effective, will moot the corresponding issues in this case:

- It superseded the rate caps adopted in the *2024 Order* (see Resp. Br. Part E.l) with revised, interim rate caps.

- In deriving these new caps, it excluded unbilled minutes of use, departing from the methodology used in the *2024 Order* (see Resp. Br. Part V.A), which used billed and unbilled minutes.

- It changed the agency's approach to accounting for the seven reported categories of safety and security costs. The *2025 Order* did not exclude any of these costs, while the *2024 Order* (see Resp. Br. Part II) excluded five categories.

- It allowed a uniform additive of up to $0.02 per minute above the revised caps to account for costs that correctional facilities incur to

---

[1] https://perma.cc/GV9B-VFP6.

allow access to IPCS. The *2024 Order* (see Resp. Br. Part IV), by contrast, accounted for these costs directly in the IPCS rate caps.[2]

The rules in the *2025 Order* will take effect when the *2025 Order* is published in the *Federal Register*. Providers are not required to comply with the interim rate caps, the interim uniform rate additive, or the *2024 Order*'s ban on site commissions until 120 days after the *2025 Order* is published in the *Federal Register*. We will update the Court and the parties when the *2025 Order* is published.

Sincerely,

*/s/ Bradley Craigmyle*

Bradley Craigmyle
*Deputy General Counsel*

cc: counsel of record per ECF

---

[2] We first previewed these changes in our October 3, 2025 letter (Entry ID 6755422) when a draft of the *2025 Order* was circulated within the Commission. We then shared that draft with the Court and the parties when it was made publicly available on October 7, 2025 (Entry ID 6756317).