# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| IN RE: MCP 191 | No. 24-8028 |
| DIRECT ACTION FOR RIGHTS AND EQUALITY,<br><br>*Petitioner*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,<br><br>*Respondents*. | Nos. 24-1814 & 24-1884 |
| CRIMINAL JUSTICE REFORM CLINIC,<br><br>*Petitioner*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,<br><br>*Respondents*. | Nos. 24-1859 & 24-1922 |

| | |
|---|---|
| SECURUS TECHNOLOGIES, LLC, <br><br> *Petitioner*, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES, <br><br> *Respondents.* | Nos. 24-1860 & 24-1927 |
| PENNSYLVANIA PRISON SOCIETY, <br><br> *Petitioner*, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES, <br><br> *Respondents.* | Nos. 24-1861 & 24-1886 |
| PAY TEL COMMUNICATIONS, INC., <br><br> *Petitioner*, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES, <br><br> *Respondents.* | No. 24-1969 |

STATE OF INDIANA; STATE OF ARKANSAS; STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF IOWA; STATE OF MISSOURI; STATE OF OHIO; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; STATE OF VIRGINIA,

*Petitioners*,

v.                                                                                              No. 24-2013

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

*Respondents.*

STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF TEXAS; SHERIFF SID GAUTREAUX; SHERIFF BOBBY WEBRE; SHERIFF MARK WOOD; SHERIFF KEVIN COBB; LOUISIANA SHERIFFS' ASSOCIATION,

*Petitioners*,

v.                                                                                              No. 24-2061

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

*Respondents.*

# UNOPPOSED MOTION FOR EXTENSION

Public Interest Petitioners and Intervenors respectfully request a 45-day extension to the Court's deadline for Petitioners to file supplemental briefs regarding mootness, from January 10, 2026, to February 24, 2026, as well as a corresponding extension to subsequent mootness briefing deadlines.[1] We are authorized to represent that Petitioners and Respondents in this case do not oppose this motion.[2]

Good cause exists for this extension. On October 28, 2025, the FCC adopted the Report and Order, Order on Reconsideration, and Further Notice of Proposed Rulemaking captioned *In re Incarcerated People's Communications Services; Implementation of the Martha-Wright Reed Act*, WC Docket Nos. 23-62 & 12-375, FCC 25-75 (rel. Nov. 6, 2025) ("2025 Order and Order on Reconsideration"), which was publicly released on November 6, 2025 and then published in the Federal Register on December 5, 2025. 90 Fed. Reg. 56,013 (Dec. 5, 2025). Since its publication, multiple petitions for review of the 2025 Order and Order on Reconsideration have been filed, including by many of the same parties to this

---

[1] Public Interest Petitioners are Direct Action for Rights and Equality; the Pennsylvania Prison Society; the Criminal Justice Reform Clinic. Intervenor the United Church of Christ Media Justice Ministry, Inc. also joins this motion.

[2] Public Interest Petitioners also contacted counsel for Intervenors Global Tel*Link, d/b/a ViaPath Technologies ("GTL") and the National Sheriffs' Association ("NSA"). GTL does not oppose this motion. NSA has not responded as of the time of this filing.

1

litigation. *See Direct Action for Rights & Equality v. FCC, et al.*, No. 25-02192 (1st Cir. filed Dec. 11, 2025); *Penn. Prison Soc'y v. FCC, et al.*, No. 25-03431 (3d Cir. filed Dec. 10, 2025); *Network Comms. Int'l Corp. v. FCC*, No. 25-60695 (5th Cir. filed Dec. 12, 2025); *Criminal Justice Reform Clinic v. FCC, et al.*, No. 25-07792 (9th Cir. filed Dec. 11, 2025); *United Church of Christ Media Justice Ministry v. FCC, et al.*, No. 25-01280 (D.C. Cir. filed Dec. 11, 2025). And other parties to this litigation have since intervened in those dockets. *See, e.g.*, Motion to Intervene of Securus Technologies, LLC, *Direct Action for Rights & Equality v. FCC, et al.*, No. 25-02192 (1st Cir. Dec. 23, 2025). On December 23, 2025, the FCC referred these matters to the Judicial Panel on Multidistrict Litigation ("JPML"). *See* FCC Notice of Multicircuit Petitions for Review, *Direct Action for Rights & Equality v. FCC, et al.*, No. 25-02192 (1st Cir. Dec. 23, 2025). On December 30, 2025, the JPML announced that it had randomly selected the Court of Appeals for the District of Columbia Circuit in which to consolidate the petitions. *See* FCC Letter Regarding Judicial Panel on Multidistrict Litigation Consolidation Order, *Direct Action for Rights & Equality v. FCC, et al.*, No. 25-02192 (1st Cir. Dec. 30, 2025).

Public Interest Petitioners require additional time to evaluate how the issues that have been raised in these new petitions relate to the issues currently pending before this Court. Petitioners' supplemental briefs are currently due thirty days from this Court's December 11, 2025, Order. *See* Order, *In re MCP 191,* No. 24-8028

(1st Cir. Dec. 11, 2025). To accommodate consideration of these matters, Public Interest Petitioners request a 45-day extension of this deadline as well as all subsequent briefing deadlines concerning mootness. The amended schedule would be as follows:

- February 24, 2026: Petitioners' briefs due;
- March 26, 2026: Respondents' briefs due;
- March 26, 2026: Intervenors' briefs due;
- April 10, 2026: Petitioners' reply briefs due.

## CONCLUSION

For the foregoing reasons, Public Interest Petitioners request a 45-day extension of deadlines for the supplemental mootness briefing ordered by the Court.

Dated: December 30, 2025                Respectfully submitted,

/s/ Amanda Thibeault
Amanda Thibeault
Angeli Law Group LLC
121 SW Morrison Street, Suite 400
Portland, Oregon 97204

*Counsel for Petitioner and Intervenor
Criminal Justice Reform Clinic*

/s/ Jessica Ring Amunson
Jessica Ring Amunson
Jenner & Block LLP
1099 New York Ave., N.W., Suite 900
Washington, D.C. 20001
(202) 639-6000
jamunson@jenner.com

*Counsel for Petitioner and Intervenor
Direct Action for Rights and Equality*

| | |
|---|---|
| /s/ Erik Stallman | /s/ Andrew Jay Schwartzman |
| Erik Stallman | Andrew Jay Schwartzman |
| Samuelson Law, Technology & Public Policy Clinic | 525 Ninth Street, NW |
| | Seventh Floor |
| University of California, Berkeley School of Law | Washington, DC 20004 |
| | (202) 241-2408 |
| 353 Law Building | AndySchwartzman@gmail.com |
| Berkeley, CA 94720 | |
| | *Counsel for Petitioner and Intervenor Pennsylvania Prison Society* |
| *Counsel for Intervenor United Church of Christ Media Justice Ministry, Inc.* | |

# CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/*s*/ Jessica Ring Amunson
Jessica Ring Amunson
